An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ROYAL BRAKES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS W. HERNDON, DISTRICT
JUDGE,
Respondents,
and
MILDRED OLIVO,
Real Party in Interest.

No. 66799

**FILED**

JAN 30 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### ORDER DISMISSING PETITION
### FOR WRIT OF CERTIORARI OR PROHIBITION

Petitioner's motion to voluntarily dismiss its writ petition is granted, and this petition is hereby dismissed.

It is so ORDERED.

_____, C.J.

cc: Hon. Douglas W. Herndon, District Judge
Robert W. Lueck, Esq.
Gordon Silver
Legal Aid Center of Southern Nevada, Barbara E. Buckley,
 Executive Director
Anne R. Traum, Coordinator, Appellate Litigation Section,
 Pro Bono Committee, State Bar of Nevada
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-03299